**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO.  5:15-CV-077-RLV-DCK**

| | | |
|---|---|---|
| **GREAT AMERICAN INSURANCE COMPANY,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | <u>**ORDER**</u> |
| **CAPSTONE COLLEGIATE COMMUNITIES, LLC and COTTAGE BUILDERS, INC.,** | ) ) ) ) | |
| **Defendants.** | ) ) | |

      **THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) filed by James Pope, concerning Joseph Benson Ward on August 20, 2015.  Mr. Joseph Benson Ward seeks to appear as counsel *pro hac vice* for Plaintiff Great American Insurance Company.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

      **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) is **GRANTED.**  Mr. Joseph Benson Ward is hereby admitted *pro hac vice* to represent Plaintiff Great American Insurance Company.

      **SO ORDERED**.

Signed: August 20, 2015

David C. Keesler
United States Magistrate Judge