IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-077-RLV-DCK

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| CAPSTONE COLLEGIATE COMMUNITIES, LLC and COTTAGE BUILDERS, INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) filed by James Pope, concerning Harold Michael Bagley on August 20, 2015. Mr. Harold Michael Bagley seeks to appear as counsel *pro hac vice* for Plaintiff Great American Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) is **GRANTED.** Mr. Harold Michael Bagley is hereby admitted *pro hac vice* to represent Plaintiff Great American Insurance Company.

**SO ORDERED**.

Signed: August 20, 2015

David C. Keesler
United States Magistrate Judge