IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-077-RLV-DCK

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| CAPSTONE COLLEGIATE COMMUNITIES, LLC and COTTAGE BUILDERS, INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 15) filed by K. Alan Parry, concerning Matthew Todd Lowther on August 24, 2015. Mr. Matthew Todd Lowther seeks to appear as counsel *pro hac vice* for Defendants Capstone Collegiate Communities, LLC and Cottage Builders, Inc.. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 15) is **GRANTED.** Mr. Matthew Todd Lowther is hereby admitted *pro hac vice* to represent Defendants Capstone Collegiate Communities, LLC and Cottage Builders, Inc..

**SO ORDERED**.

Signed: August 25, 2015

David C. Keesler
United States Magistrate Judge